May 04, 2007

Mr. Michael E. McElroy
McElroy Sullivan & Miller, L.L.P.
P.O. Box 12127
Austin, TX 78711

Mr. Jamie Nielson
Texas Oil & Gas Association
7000 N. MoPac Expressway, Second Floor
Austin, TX 78731
Ms. Priscilla M. Hubenak
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548

RE: Case Number: 03-0364
 Court of Appeals Number: 03-02-00352-CV
 Trial Court Number: GN1-01433

Style: SEAGULL ENERGY E&P, INC.
 v.
 RAILROAD COMMISSION OF TEXAS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Amalia |
| |Rodriguez-Mendoza |
| |Ms. Diane O'Neal |
| |Mr. J. Bruce Bennett |
| |Mr. Jeffery L. Hart |
| |Mr. Rex H. White Jr. |
| |Mr. Dale Alexander |
| |Mr. Dick Watt |
| |Mr. Benjamin W. Sebree |